UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                              **20cr626 (XX)**

     **-v-**

**DEZON WASHINGTON,**                            **Consent to Proceed by**
                                                  **Video or Teleconference**

                             **Defendant.**
----------------------------------------------------------------x

The defendant, **DEZON WASHINGTON**, having been informed by undersigned

counsel of his right to be physically present in Court for the matter identified below, hereby

voluntarily consents to participate in the following proceedings via

_XX_ videoconferencing or _____ teleconferencing:

        _XX_  Initial Appearance Before a Judicial Officer

        _XX_  Arraignment (Note:  If on a Felony Information, Defendant Must
                    Sign Separate Wavier of Indictment Form)

        _XX_  Bail/Detention Hearing

        _____  Conference Before a Judicial Officer

  __/s/ Dezon Washington by JCM on consent          _/s/ *Bruce D. Koffsky*_____
Defendant's Signature                          Defendant's Counsel's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)

_ **DEZON WASHINGTON** ___                     _Bruce D. Koffsky_____
Print Defendant's Name                         Print Counsel's Name

                                       Hon. Judith C. McCarthy, U.S.M.J.  *12-1-2020*

1