UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                              20-cr-626 (PMH)

     -v-

DEZON WASHINGTON,                                              Consent to Proceed by
                                                                                    <u>Video or Teleconference</u>
                          **Defendant.**

-------------------------------------------------------------------x

The defendant, **Dezon Washington**, having been informed by undersigned counsel of his right to be physically present in Court for the matter identified below, hereby voluntarily consents to participate in the following proceedings via

__X__ videoconferencing or __X__ teleconferencing:

        _____ Initial Appearance Before a Judicial Officer

        _____ Arraignment (Note:   If on a Felony Information, Defendant Must Sign Separate Wavier of Indictment Form)

        __X__ Bail/Detention Hearing

        _____ Conference Before a Judicial Officer


_*Dezon Washington* by Bruce Koffsky_             _/s/ *Bruce D. Koffsky*_____
Defendant's Signature                                          Defendant's Counsel's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)


__Dezon Washington___                                       _Bruce D. Koffsky_____
Print Defendant's Name                                         Print Counsel's Name

                                                                       **SO ORDERED:**

                                         1    JUDITH C. McCARTHY
                                             United States Magistrate Judge      *3-22-2021*