March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

DEZON WASHINGTON ,

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

7:20-CR-626   (PMH)

Defendant ___ DEZON WASHINGTON _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_X_ Guilty Plea

_Dezon Washington_ by Bruce Koffsky
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/ _Bruce D. Koffsky_
Defense Counsel's Signature

_ Dezon Washington ___
Print Defendant's Name

___Bruce D. Koffsky_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/18/2022
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~