```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
UNITED STATES OF AMERICA             :
                                     :   CONSENT PRELIMINARY ORDER
        - v. -                       :   OF FORFEITURE /
                                     :   MONEY JUDGMENT
DEZON WASHINGTON,                    :
        a/k/a "Blakk,"               :   S6 20 Cr. 626 (PMH)
                                     :
              Defendant.             :
------------------------------------ x
```

WHEREAS, on or about November 8, 2021, DEZON WASHINGTON a/k/a "Blakk," (the "Defendant"), among others, was charged in multiple counts of a twenty-five count Sealed Superseding Indictment, S6 20 Cr. 625 (PMH) (the "Indictment"), with, *inter alia*, narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count Sixteen);

WHEREAS, the Indictment included a forfeiture allegation as to Count Sixteen of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count Sixteen of the Indictment and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged in Count Sixteen of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Sixteen of the Indictment that the defendants personally obtained;

WHEREAS, on or about January 18, 2022, the Defendant pled guilty to Count Sixteen of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Sixteen of the Indictment and agreed to forfeit to the United States, a sum of money equal to $27,500.00 which represents, with

respect to Count Sixteen of the Indictment, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds traceable to the offense charged in Count Sixteen of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $27,500.00 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Sixteen of the Indictment that the Defendant personally obtained (the "Money Judgment"), of which the Defendant is jointly and severally liable with his co-defendants, to the extent any forfeiture money judgments are entered against them; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Sixteen of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, David R. Felton of counsel, and the Defendant, and his counsel, Bruce Koffsky, Esq., that:

1.  As a result of the offense charged in Count Sixteen of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $27,500.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Sixteen of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendants, to the extent any forfeiture money judgments are entered against them in this case, shall be entered against the Defendant.

2.  Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DEZON

WASHINGTON a/k/a "Blakk," and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____        9-1-22
DAVID R. FELTON                             DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2299


DEZON WASHINGTON

By: _____        9/1/22
DEZON WASHINGTON                            DATE

By: _____        9/1/22
BRUCE KOFFSKY, ESQ.                         DATE
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT 06905

SO ORDERED:

_____             9/1/22
HONORABLE PHILIP M. HALPERN                 DATE
UNITED STATES DISTRICT JUDGE